```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 14870
   AMOS BERRYHILL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8018

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/18/2005 and was confirmed 07/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

     The case was dismissed after confirmation 08/11/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   12120.00              .00        7571.53
ALLSTATE INSURANCE        UNSECURED       NOT FILED             .00            .00
CELLULAR ONE              UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO WATER DE  SECURED           340.00              .00         340.00
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00            .00
FORD MOTOR CREDIT         UNSECURED       NOT FILED             .00            .00
HUFF JR                   UNSECURED       NOT FILED             .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED             .00            .00
AMERITECH                 UNSECURED       NOT FILED             .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED       NOT FILED             .00            .00
UNIVERISTY OF CHICAGO     UNSECURED       NOT FILED             .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED       NOT FILED             .00            .00
UNIVERSITY OF CHICAGO PH  UNSECURED       NOT FILED             .00            .00
ZALUTSKY & PINSKI         UNSECURED         309.15              .00          68.01
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00            .00
NEAL FELD                 DEBTOR ATTY     3,355.00                         3,355.00
TOM VAUGHN                TRUSTEE                                            725.46
DEBTOR REFUND             REFUND                                           1,140.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            13,200.00

PRIORITY                                      .00
SECURED                                  7,911.53
UNSECURED                                   68.01
ADMINISTRATIVE                           3,355.00
TRUSTEE COMPENSATION                       725.46
DEBTOR REFUND                            1,140.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 14870 AMOS BERRYHILL
```

```
                               ---------------   ---------------
TOTALS                            13,200.00         13,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 11/19/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 14870 AMOS BERRYHILL